IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| BRETT MICHAEL BLASIRUE | § | |
| VS. | § | CIVIL ACTION NO. 1:16-CV-288 |
| DALLAS JONES | § | |

**FINAL JUDGMENT**

This action came on before the Court, Honorable Thad Heartfield, District Judge, presiding, and, the issues having been considered and a decision having been rendered, it is

**ORDERED** and **ADJUDGED** that this petition for writ of habeas corpus is **DISMISSED**.

All motions not previously ruled on are **DENIED**.

**SIGNED** this the **23** day of **January, 2017.**

_____
Thad Heartfield
United States District Judge